UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KSURE NEW YORK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-CV-09536 |
| | ) | Honorable Young B. Kim |
| RICHMOND CHEMICAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

As a result of settlement of this action by virtue of the April 12, 2013 Settlement Agreement between the parties, and as a result of the parties' agreement regarding the terms of the Consent Judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case be dismissed without prejudice and with leave to reinstate

2. In the event of the occurrence of a default under the Settlement Agreement, and Plaintiff providing notice to Defendant pursuant to the Settlement Agreement, Plaintiff may file with this Court and shall serve upon Defendant (a) an Affidavit of Default, and (b) a Notice of Reopening Case, and without further notice, hearing, motion, application or order, shall file with the Court the parties' Consent Judgment in the form executed by the parties on April 12, 2012, for entry of Consent Judgment by this Court.

3. This Court shall retain jurisdiction over this matter for the purpose of enforcing this Consent Judgment Order, should such enforcement be necessary.

4. Each party shall each bear its own costs and attorneys' fees incurred in this action.

IT IS SO **ORDERED**.

Date: April ___, 2013                                   _____
                                                        HONORABLE YOUNG B. KIM
                                                        United States Magistrate Judge


Stipulated and Agreed to by:

Plaintiff KSURE NEW YORK CORPORATION

    By: */s/ M. Zachary Bluestone*                        DATED: April 29, 2013
        M. Zachary Bluestone
        **BLUESTONE LAW, LTD.**
        4405 East-West Hwy.
        Suite 402
        Bethesda, MD 20814
        Tel. (301) 656-0230
        Fax (301) 654-1143

Defendant RICHMOND CHEMICAL CORPORATION

    By: */s/ Paul Duffy*                                    DATED: April 29, 2013
        Paul Duffy
        **DUFFY LAW GROUP**
        2 N. LaSalle Street, 13th Floor
        Chicago, IL 60602
        Tel. (312) 952-6136