# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KSURE NEW YORK CORPORATION, | ) ) ) | No. 12 CV 9536 |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Young B. Kim |
| RICHMOND CHEMICAL CORPORATION, | ) ) ) ) | August 30, 2013 |
| Defendant. | ) | |

**CONSENT JUDGMENT ORDER**

The court having reinstated this cause pursuant to the terms of the parties' settlement agreement and having considered Plaintiff's representation that the following amounts are due, which Defendant did not oppose:

1. Principal amount of $280,724.89;

2. Default interest of $5,336.83 (as of August 30, 2013);

3. Less payments made by defendant of $112,000;

IT IS HEREBY ORDERED THAT consent judgment is entered in favor of Plaintiff and against Defendant in the amount of $174,061.72 plus interest and costs.

**ENTER:**

_____
**Young B. Kim**
**United States Magistrate Judge**