*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 12cv9536     Assigned/Issued By: NF

Judge Name: _____     Designated Magistrate Judge: _____

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☑ Citation to Discover Assets          _____
                                       *(Victim, Against and $ Amount)*
☐ Writ _____          ☐ Other _____
   *(Type of Writ)*                       _____
                                          *(Type of issuance)*

1 Original and 1 copies on 9/26/13 as to DEF (NO NOTICES)
                      *(Date)*

_____
_____