**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Ksure New York Corporation

                               Plaintiff,

v.                                          Case No.: 1:12−cv−09536
                                                     Honorable Young B. Kim

Richmond Chemical Corporation

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 15, 2013:

      MINUTE entry before Honorable Young B. Kim: Defendant's emergency motion to continue hearing on citation to discover assets [44] is granted. Plaintiff does not oppose the motion. The hearing on the citation to discover assets is rescheduled from October 16, 2013, to October 30, 2013, at 11:00 a.m. in courtroom 1019. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.