**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Ksure New York Corporation
                                  Plaintiff,

v.                                                      Case No.: 1:12−cv−09536
                                                       Honorable Young B. Kim

Richmond Chemical Corporation
                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, November 14, 2013:

      quested. Parties will work towards agreeing to a protective order so that Defendant may share the remainder of the responsive documents and file a motion for the entry of an agreed protective order if necessary. Mailed notice (ma,)MINUTE entry before Honorable Young B. Kim: In−court hearing held. Defendant indicated that it has produced some of the documents Plaintiff has requested, but that it requires a protective order to produce the remaining documents Plaintiff has re


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.